**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HENRY C. HAYES III,

                Plaintiff,

  -against-                                 24 **CIVIL** 4102 (LTS)

**JUDGMENT**

LARRY/LANDLORD,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Bar Order dated January 6, 2025, the Court hereby bars Plaintiff from filing any future civil action in this court IFP arising from the events alleged in Hayes I, Hayes II, and in the present action unless he first obtains permission from this court do to so. See 28 U.S.C. § 1651. When attempting to file such an action, Plaintiff must attach a copy of his proposed complaint and a copy of this order to a motion seeking leave to file such an action. The motion must be filed with the court's Pro Se Intake Unit. If Plaintiff violates this order and files such an action without filing a motion for leave to file, the court will dismiss that action for failure to comply with this order. The Court further warns Plaintiff that the continued submission of frivolous or otherwise nonmeritorious documents or civil actions may result in the imposition of additional sanctions, including monetary penalties and/or a filing injunction barring Plaintiff from filing any future civil action IFP in this court without the court's leave to file. See id. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment is entered dismissing this action for the reasons set forth in the Court's October 25, 2024 order.

**Dated:**  New York, New York

January 14, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                              **BY:**  _____
                                                      **Deputy Clerk**